## Clarence Wolfram, Appellant, v. Melvin Bennehoff, Appellee.

Gen. No. 9,970.

opinion filed July 20, 1944; opinion modified and rehearing denied October 4, 1944; released for publication October 6, 1944. Robert E. Nash, B. Jay Knight, Frederick H. Haye and Albert H. Manus, for appellant; Burrell & Burrell, for appellee; David M. Burrell, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.